CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
NOV 1 2 2013
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL A. MCCLANAHAN, | ) | Civil Action No. 7:13-cv-00244 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| DIRECTOR OF THE | ) | |
| DEPARTMENT OF CORRECTIONS, | ) | By:   Hon. Jackson L. Kiser |
| Respondent. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that Respondent's motion to dismiss is **GRANTED**; Petitioner's motions for discovery and appointment of counsel are **DENIED as moot**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to Petitioner and counsel for Respondent.

ENTER: This 12th day of November, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge